UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE ALAN COOK, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-08-203 |
| | § | |
| JAMES M FITTS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING WITHOUT PREJUDICE MOTION FOR DISCOVERY

Plaintiff's motion for discovery (D.E. 12) is denied without prejudice as premature. Plaintiff's case has not yet been screened pursuant to 28 U.S.C. § 1915A. Plaintiff is scheduled for an evidentiary hearing on August 7, 2008. If defendants are joined and the case moves forward to service of process, plaintiff may seek discovery at that time.

ORDERED this 18th day of July, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE